IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 14-20074-SEITZ/TURNOFF

LISA PRATT, et al.

    Plaintiffs,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby notifies the Court and all interested parties that the parties have amicably settled this matter. The terms and conditions of the settlement are confidential. Parties respectfully requests that this Court retain jurisdiction to enforce the terms of the settlement through the date on which the settlement is consummated. Once the settlement has been consummated, the parties will file a Stipulation for Order of Dismissal with Prejudice.

    Respectfully submitted,

    MASE LARA, P.A.
    2601 South Bayshore Drive, Suite 800
    Miami, Florida 33133
    Tel: 305-377-3770
    Fax: 305-377-0080
    *Attorneys for Defendant*

    By: */s/ Thomas A. Briggs*
        THOMAS A. BRIGGS
        Florida Bar No.: 663034
        tbriggs@maselara.com



CASE NO.: 14-20074-SEITZ/TURNOFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2015, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Thomas A. Briggs*
THOMAS A. BRIGGS

MASELARA
TRIAL LAWYERS

CASE NO.: 14-20074-SEITZ/TURNOFF

**LISA PRATT *et al.* vs. CARNIAL CORPORATION**
**CASE NO.: 14-20074-SEITZ/TURNOFF**

**SERVICE LIST**

Jeffrey T. Roebuck, Esq.
Thomas Brett, Esq.
Roebuck, Thomas, Roebuck & Adams
476 Oakland Street
Beaumont, Texas  77701-2011
Tel: (409) 892-8227
Fax: (409) 892-8318
jeff@roebuckthomas.com
brett@roebuckthomas.com
*Attorneys for Plaintiffs*


Marcus R. Spagnoletti
Spagnoletti & Co.
401 Louisiana Street, 8th Floor
Houston, Texas  77002
Tel:  (713) 653-5600
Fax:  (713) 653-5656
mspagnoletti@spaglaw.com
nanette@spaglaw.com
*Attorneys for Plaintiffs*


Seth E. Miles
Grossman Roth, P.A.
2525 Ponce De Leon Blvd., Suite 1150
Coral Gables, Florida  33134
Tel: (305) 42-8666
sem@grossmanroth.com
*Co-Counsel for Plaintiffs*


18490/#1604

MASELARA
TRIAL LAWYERS